O

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| STEVEN MADATIAN and KITHERINE PROKHOROVA, | Case No. 2:13-cv-01087-ODW(OPx) |
|---|---|
| Plaintiffs, | **ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION** |
| v. | |
| LOS ANGELES COUNTY SHERIFF'S DEPARTMENT and DOES 1–20, | |
| Defendants. | |

On March 19, 2013, the Court issued an Order setting the scheduling conference in this matter for June 3, 2013. (ECF No. 6.)  That Order directed the parties to meet and confer at least 21 days before the scheduling conference (May 13) and to submit a joint Rule 26(f) report no fewer than 14 days before the scheduling conference (May 20). (*Id.* at 2.)  It is now May 22, and the Court has yet to receive the parties' joint Rule 26(f) report.  Plaintiffs are therefore **ORDERED TO SHOW CAUSE** in writing no later than Friday, May 24, 2013, why this matter

/ / /
/ / /
/ / /
/ / /

should not be dismissed for lack of prosecution. This OSC will be automatically discharged should Plaintiffs file a Rule 26(f) report on or before May 24.

**IT IS SO ORDERED.**

May 22, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**