1

2

3                        UNITED STATES DISTRICT COURT

4                       CENTRAL DISTRICT OF CALIFORNIA

5

6   STEVEN MADATIAN and KITHERINE          Case No. 2:13-cv-01087-ODW(OPx)
    PROKHOROVA,
7                                          **ORDER TO SHOW CAUSE RE:**
                         Plaintiffs,       **LACK OF PROSECUTION**
8              v.

9   LOS ANGELES COUNTY SHERIFF'S
    DEPARTMENT and DOES 1–20,
10
                         Defendants.
11

12

13        On January 9, 2014, Plaintiffs' Counsel Filed a Motion to Be Relieved as

14   Counsel in this action based on a total inability to get in contact with Plaintiffs despite

15   numerous efforts.  (ECF No. 42.)  Plaintiffs are therefore **ORDERED TO SHOW**

16   **CAUSE** in writing no later than **Friday, February 21, 2014**, why this matter should

17   not be dismissed for lack of prosecution.  The Pretrial Conference set for **Monday,**

18   **January 13, 2014**, is hereby **VACATED**, pending Plaintiffs' response to this Order.

19   Failure to timely respond will result in dismissal of this action.

20        Plaintiff's counsel shall serve this order upon the Plaintiffs and file a proof of

21   service thereon.

22        **IT IS SO ORDERED.**

23

24        January 10, 2014

25

26   _____

27            **OTIS D. WRIGHT, II**
         **UNITED STATES DISTRICT JUDGE**
28