**O**
**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| STEVEN MADATIAN and KITHERINE PROKHOROVA,<br><br>    Plaintiff,<br> v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT and DOES 1–20,<br><br>    Defendants. | Case No. 2:13-cv-01087-ODW(OPx)<br><br>**ORDER DISMISSING FOR LACK OF PROSECUTION** |

  On November 30, 2013, Plaintiffs filed suit against the Los Angeles County Sheriff's Department ("LACSD") alleging civil rights violations. (ECF No. 1 Ex. 1.) On February 14, 2014, LACSD removed this action to federal court. (ECF No. 1.)

  On January 10, 2014, Counsel informed the Court that they had had a "complete lack of communication and contact with our clients over the past several months." (ECF No. 42) Because of this lack of contact, Plaintiffs filed a Motion to Be Relieved As Plaintiffs' Counsel. (*Id.*) The Court granted the Motion, and ordered Plaintiffs to show cause why the matter should not be dismissed for lack of prosecution by February 21, 2014. (ECF No. 44) In the Order Granting Motion to Be

1  Relieved As Plaintiffs' Counsel, the Court ordered counsel to provide to the court (1)
2  a declaration containing Plaintiffs' last known address and contact information, and
3  (2) proof of service of the January 10, 2014 Order to Show Cause and Order Granting
4  Motion to Be Relieved As Plaintiffs' Counsel. (ECF No. 45.) Plaintiffs never
5  responded to the Court's Order to Show Cause.

6  The United States Supreme Court has held that the "authority of a federal trial
7  court to dismiss a plaintiff's action with prejudice because of his failure to prosecute
8  cannot seriously be doubted." *Link v. Wabash R. Co.*, 370 U.S. 626, 629–30 (1962)
9  (footnote omitted). A district court must consider several factors in deciding whether
10 to dismiss a case for lack of prosecution, including "the court's need to manage its
11 docket, the public interest in expeditious resolution of litigation, and the risk of
12 prejudice to the defendants against the policy favoring disposition of cases on their
13 merits, and the availability of less drastic sanctions." *Ash v. Cvetkov*, 739 F.2d 493,
14 496 (9th Cir. 1984).

15 As of the date of this Order, Plaintiffs have not responded to the Court's Order.
16 Of necessity, Petitioners must be the driving force behind this litigation. Without
17 action on Petitioners' part, this case will languish on the docket awaiting some
18 eventual point at which Plaintiffs decide to move it forward. In the meantime, the
19 Court's resources will be tied up in managing the case docket and waiting for some
20 action. The public has an interest in cases being resolved expeditiously—not in
21 having cases languish for months or longer.
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

The Court also specifically warned Plaintiffs in its Order to Show Cause that "[f]ailure to timely respond will result in dismissal for lack of prosecution." Hearing no response from Plaintiffs, the Court **DISMISSES** this action **WITHOUT PREJUDICE**. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

March 3, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

3